# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH LONDON,**

    Plaintiff,

  v.                                                     **Case No. 18-CV-1655**

**SCOTT WALKER,** *et al.*,

    Defendants.

## ORDER AND RECOMMENDATION

Plaintiff Keith London filed a complaint under 42 U.S.C. § 1983. He also filed a motion to proceed without prepayment of the civil case filing fee under 28 U.S.C. § 1915. On November 28, 2018, the court explained to London that, before it could consider his motion to proceed without prepayment of the filing fee, London must file a certified copy of his trust account statement for the six-month period immediately preceding the date he filed his complaint. (ECF No. 12.) The court ordered London to either pay the $400 filing fee or file a certified copy of his trust account statement by December 14, 2018. The court warned London that, if he did not comply with the court's order, the court would deny his motion to for leave to proceed without prepayment of the filing fee and would recommend that Judge Pepper (the district judge assigned to this case) dismiss the case without prejudice. London did not comply with the court's order.

**IT IS THEREFORE ORDERED** that London's motion for leave to proceed without prepayment of the filing fee (ECF No. 2) is **DENIED**.

**IT IS FURTHER RECOMMENDED** that this case be dismissed without prejudice based on London's failure to pay the civil case filing fee.

London's attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), which allow London to file written objections to the court's order and recommendation within fourteen days of service of the order and recommendation. London's failure to timely file objections with the district court shall result in a waiver of his right to appeal.

Dated at Milwaukee, Wisconsin this 2nd day of January, 2019.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge